FILED
CLERK, U.S. DISTRICT COURT
10/21/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM KIM,<br><br>    Plaintiff,<br><br>    v.<br><br>LIAW, INC., et al.,<br><br>    Defendants. | Case No. CV 19-04605 FMO (JEMx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 21st day of October, 2019.

/s/
Fernando M. Olguin
United States District Judge